**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**LUIS PEREZ RIVERA, #15221-014**                                                        **PETITIONER**

**VERSUS**                                   **CIVIL ACTION NO. 5:07-cv-87-DCB-MTP**

**CONSTANCE REECE, et al.**                                                              **RESPONDENTS**

FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the  14th  day of May , 2009.


                                                  s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE